IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 3 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01982-BNB

BYRON KYLE GAY,

    Plaintiff,

v.

DANNY ROJAS,
KRIS KRONCKE,
JOHN DOE (Police Officer) #1,
JOHN DOE (Police Officer) #2,
JOHN DOE (Police Officer) #3,
JOHN DOE (Police Officer) #4,
JOHN DOE (Police Officer) #5, and
OTHERS TO BE NAMED LATER,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Byron Kyle Gay, is a prisoner in the custody of the Colorado Department of Corrections at the Fremont Correctional Facility in Cañon City, Colorado. On August 5, 2011, Magistrate Judge Boyd N. Boland entered an order granting Mr. Gay's motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Mr. Gay either to pay an initial partial filing fee of $22.00 or to show cause why he has no assets and no means by which to pay the initial partial filing fee. In order to show cause, Mr. Gay was directed to file a current certified copy of his inmate trust fund account statement. Mr. Gay was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause as directed

within thirty days.

On August 18, 2011, Mr. Gay submitted for filing a Motion to Show Cause arguing that he lacks sufficient funds to pay the designated initial partial filing fee, and he attached to the motion a copy of his inmate trust fund account statement dated August 10, 2011. However, Mr. Gay has failed to show good cause because the account statement he submitted is not certified by a prison official as directed in Magistrate Judge Boland's August 5 order. Therefore, the complaint and the action will be dismissed without prejudice because Mr. Gay failed either to pay the initial partial filing fee or to show cause as directed why he is unable to pay the initial partial filing fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed within the time allowed either to pay the initial partial filing fee or to show cause as directed why he is unable to pay the initial partial filing fee.

DATED at Denver, Colorado, this __13th__ day of __September__, 2011.

BY THE COURT:

                __s/Lewis T. Babcock__
                LEWIS T. BABCOCK, Senior Judge
                United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01982-BNB

Byron Kyle Gay
Prisoner No. 57321
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on September 13, 2011.

                                            GREGORY C. LANGHAM, CLERK

                       By: _____
                                  Deputy Clerk