**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01982-LTB

BYRON KYLE GAY,

    Plaintiff,

v.

DANNY ROJAS,
KRIS KRONCKE,
JOHN DOE (Police Officer) #1,
JOHN DOE (Police Officer) #2,
JOHN DOE (Police Officer) #3,
JOHN DOE (Police Officer) #4,
JOHN DOE (Police Officer) #5, and
OTHERS TO BE NAMED LATER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion to Correct Misapprehended Facts by the Court Pursuant to Fed. R. Evidence Article I, Article IX and Article XI" (Doc. #11) filed October 14, 2011, is DENIED.

Dated:  October 17, 2011